```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 06639
   YOLANDA MICHELLE MUHAMMAD
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0514

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/20/2008 and was confirmed 06/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG           .00           .00            .00
MR & MRS MILLER          MORTGAGE ARRE       3000.00           .00         104.84
LITTON LOAN SERVICING    MORTGAGE ARRE       1045.16           .00        1045.16
LITTON LOAN SERVICING    MORTGAGE NOTI     NOT FILED           .00            .00
PRO SE DEBTOR            DEBTOR ATTY            .00                           .00
TOM VAUGHN               TRUSTEE                                           100.00
DEBTOR REFUND            REFUND                                               .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,250.00

PRIORITY                                            .00
SECURED                                         1,150.00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             100.00
DEBTOR REFUND                                       .00
                        ---------------      ---------------
TOTALS                    1,250.00              1,250.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 06639 YOLANDA MICHELLE MUHAMMAD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```